No. 9633. WM. M. HANLON and YORK, MONTANA OIL COMPANY, a Corporation, Copartners, doing business under the Firm Name and Style of JET FUEL REFINERY, PLAINTIFFS, *v.* JET OIL COMPANY, DEFENDANT.

292 Pac. (2d) 146.

Decided Jan. 6, 1956.

*Rognlien & Hash,* Kalispell, *Lee Overfelt,* Billings, for Appellant.

*E. K. Cheadle,* Billings, for Respondent.

Per Curiam.

Upon application of the defendant-appellant, in the above-captioned matter and Stipulation filed;

It is hereby ordered, that the appeal herein from the order denying motion for change of venue in the above-entitled cause be, and it is dismissed.

MR. CHIEF JUSTICE ADAIR, and MR. JUSTICES ANGSTMAN, ANDERSON, DAVIS and BOTTOMLY, concur.